

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

JMR
F.#2010R00258

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 28, 2010

**By ECF and Hand Delivery**

The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Thomas Ng. et al.
            Criminal Docket No. 10-254 (S-1) (SLT)

Dear Judge Townes:

       The government respectfully submits this letter to request an adjournment of the status conference in this case from Friday, October 8, 2010, to Wednesday, October 13, 2010, at 12:00 p.m. due to scheduling conflicts. The defendants consent to this adjournment and to the exclusion of time from October 8, 2010 to October 13, 2010 pursuant to the Speedy Trial Act for the purpose of ongoing plea negotiations.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

                    By:   /s/ Jacquelyn M. Rasulo
                            Jacquelyn M. Rasulo
                            Assistant U.S. Attorney
                            (718) 254-6103

cc: Elizabeth Macedonio, Esq. (via ECF)
    Robert Soloway, Esq. (via ECF)